UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOM HEANEY | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 14-2104 |
| CHRISTOPHER L. ROBERTS, ET AL | * | SECTION: "A" (5) |
| *   *   *   *   *   *   * | | |

PLAINTIFFS' LIST OF WITNESSES AND EXHIBITS

NOW INTO COURT, through undersigned counsel, comes plaintiff who, pursuant to the scheduling order of this Honorable Court, submits the following lists of witnesses who may be called at the trial of the above referenced matter:

1. Tom Heaney

2. Christopher Roberts, under cross-examination

3. Ronald Black, under cross-examination

4. Deborah Foshee, under cross-examination

5. Christopher Fortmayer, under cross-examination

6. Danielle Rodriguez, under cross-examination

7. Deano Bonano, under cross-examination

9. Betty Purcell

10. Brian Smith

11. Dr. David Beck

12. Dr. Nicole Bergeron

13. Dr. Ernest Sneed

14. Maria Rios

15. Charlene McKee

16. Dr. Thao Dola

17. Dr. Robert Perret

18. Thaddeus Erato

19. Alicia Thornton

20. Keisha Vinnett

21. Shelita Gould

22. Ashanti Santa Cruz

23. Jorge Pesquera

24. Brett Rotharmel

25. Randolph Roig

26. Adriana Rosero-Enriquez

27. Carol Zeno

28. Kylineetra Stansberry

29. Phillip Nguyen

30. Kiersta Kurtz-Burke

31. Charisma Carter-Quinn

32. Todd Layman

33. Eissa Hazim

34. Alexis Carimi

35. Daniel Denis

36. Michael Francis

37. Charles Smith

38. Brenda Dusang

39. Dawn Cooper

Plaintiffs reserve the right to supplement this Witness List as discovery continues.

Additionally, plaintiffs submit the following list of exhibits which they may offer into evidence at the trial of the above captioned matter:

1. Plaintiff's medical records from Tulane Hospital Emergency Room

2. Plaintiff's medical records from Southeast Louisiana Veterans Health Care System

3. Videotape of plaintiff's appearance before Parish Council on September 18, 2013

4. Plaintiff's medical records from Dr. David Beck

5. Plaintiff's medical records from Gretna Police Department ambulance

6. Plaintiff's prescription records related to incident

7. Videotape from surveillance cameras in Jefferson Parish Government Building for September 18, 2013

8.  Plaintiff's medical bills related to incident

9.  Plaintiff's medical records from Ochsner Hospital

10. Plaintiff's medical records from the VA

11. Any exhibit listed by any other party

Plaintiff reserves the right to supplement this Exhibit List as discovery continues.

Respectfully submitted,

\s\ Brett J. Prendergast  
Brett J. Prendergast, 17755 (T.A.)  
4603 S. Carrollton Avenue  
New Orleans, Louisiana 70119  
Telephone: (504) 593-9277  
Fax: (504) 523-2362  
brett_p_1999@yahoo.com  

\s\ Michael G. Riehlmann  
Michael G. Riehlmann #02072  
4603 S. Carrollton Avenue  
New Orleans, La. 70119  
504-957-2788  

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July1, 2017 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that there are no non-CM/ECF participants in this case.

\s\ Brett J. Prendergast  
Brett J. Prendergast, 17755  
4603 S. Carrollton Avenue  
New Orleans, Louisiana  70112  
Telephone: (504) 593-9277  
Fax: (504) 523-2362  
brett_p_1999@yahoo.com