MINUTE ENTRY
ZAINEY, J.
JUNE 26, 2018
JS10: 0:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOM HEANEY | CIVIL ACTION |
| VERSUS | NO: 14-2104 |
| CHRISTOPHER ROBERTS, et al | SECTION: "A" |

## STATUS CONFERENCE

Court Reporter: Sandy Minutillo
Case Manager: James Crull
Law Clerk: Pam Starns

APPEARANCES:   Scott Sternberg for plaintiff;
   Craig Watson for Roberts;
   Leonard Levenson and Christian Helmke for Jefferson Parish, Gretna and Ronald Black.

Case called 10:28 p.m.

Scott Sternberg appeared and informed that Court that he will enroll as counsel for plaintiff.

The Court gave plaintiff's counsel 2 weeks to determine if he will be prepared for the August 13 trial date.

IT IS ORDERED that the discovery deadlines are extended.  A status conference is set for **July 11, 2018 at 10:00 a.m. in chambers.**

Hearing completed 10:35 a.m.